IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOSE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>AMILINEINC, et al.,<br><br>    Defendants. | Case No. 19-cv-05347<br><br>**Judge John J. Tharp, Jr.**<br><br>**Magistrate Judge Young B. Kim** |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff Bose Corporation ("Plaintiff" or "Bose") against the defendants identified on Schedule A, and using the Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Bose having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Bose a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Bose having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Amended Complaint or otherwise plead, and the time for answering the Amended Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products using counterfeit versions of the BOSE Trademarks, which are defined as follows:

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 991,271 | BOSE | For: loudspeaker systems; electrical power processors-namely, power amplifiers, and battery chargers in classes 007, 009, 011, 012, 015. |
| 1,727,482 | BOSE | For: printed matter; namely, catalogs, newsletters and brochures in the field of electronic and electroacoustical equipment in class 016.<br><br>For: repair of electronic and electroacoustical equipment in class 037. |
| 1,828,700 | BOSE | For: retail store services in the field of electronic and electro-acoustical products in class 042. |
| 2,288,004 | BOSE | For: computerized on-line retail services in the field of sound reproduction products, and shopping information related thereto in class 035. |
| 3,863,254 | BOSE | For: Batteries; Communications headsets for use with communication radios, intercom systems, or other communications network transceivers; Headphones; Headsets for cellular or mobile phones; Microphones in class 009. |

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 829,402 | BOSE | For: acoustical transducer systems for reproducing sound in class 009. |
| 1,738,278 | BOSE | For: printed matter; namely, catalogs, newsletters, and brochures all in the field of electronics and electroacoustical equipment in class 016.<br><br>For: services and repair of electronic and electroacoustical equipment in class 037. |
| 1,830,727 | BOSE | For: retail store services in the field of electronic and electro-acoustical products in class 042. |
| 3,940,522 | BOSE | For: Suspension systems for vehicle seats; Vehicle seats in class 012. |
| 3,554,078 | BOSE AUTHORIZED DEALER | For: On-line retail store services featuring consumer electronic products in class 035. |
| 3,881,535 | BOSE RIDE | For: Suspension systems for vehicle seats; Vehicle seats in class 012. |
| 5,018,335 | BOSEBUILD | For: educational toy construction sets for constructing working models of electronic or mechanical devices in class 028. |
| 3,716,864 | SOUNDLINK | For: Loudspeaker systems; USB (universal serial bus) hardware in class 009. |
| 4,709,104 | SOUNDLINK | For: Headphones; Headsets for mobile telephones in class 009. |
| 4,638,350 | SOUNDTRUE | For: Headphones; Headsets for mobile telephones in class 009. |

3

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 4,672,804 | SOUNDSPORT | For: Headphones; Headsets for mobile telephones in class 009. |
| 1,633,789 | WAVE | For: Radios, clock radios, compact stereo systems and portable compact disc players in class 009. |
| 3,457,854 | WAVE | For: Music systems consisting of a loudspeaker system and amplifier and at least one of a radio tuner, compact disc player and digital music player; compact disc changer; digital music player docking station in class 009. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, *et seq.*).

IT IS HEREBY ORDERED that Bose's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the BOSE Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Bose product or not authorized by Bose to be sold in connection with the BOSE Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Bose product or any other product produced by Bose, that is not Bose's or not produced under the authorization, control or supervision of Bose and approved by Bose for sale under the BOSE Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Bose, or are sponsored by, approved by, or otherwise connected with Bose;

    d. further infringing the BOSE Trademarks and damaging Bose's goodwill; and

    e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Bose, nor authorized by Bose to be sold or offered for sale, and which bear any of Bose's trademarks, including the BOSE Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defendant Internet Stores or other online marketplace accounts operated by Defaulting Defendants, including, without limitation, any online marketplace platforms such as iOffer, eBay, AliExpress, Alibaba, Amazon, DHgate, and Wish.com, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, and Internet search engines such as Google, Bing and Yahoo (collectively, the "Third Party Providers") shall within three (3) business days of receipt of this Order:

a. disable and cease providing services being used by Defaulting Defendants, currently or in the future, to engage in the sale of goods using the BOSE Trademarks;

b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the BOSE Trademarks; and

c. take all steps necessary to prevent links to the Defendant Internet Stores identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Internet Stores from any search index.

3. Pursuant to 15 U.S.C. § 1117(c)(2), Bose is awarded statutory damages from each of the Defaulting Defendants in the amount of five hundred thousand dollars ($500,000) for willful use of counterfeit BOSE Trademarks on products sold through at least the Defendant Internet Stores. The five hundred thousand dollar ($500,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Amended Complaint and Schedule A.

4. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Wish.com, and Amazon Pay, shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any non-U.S. based accounts connected to the Defendant Internet Stores from transferring or disposing of any money or other of Defaulting Defendants' assets.

5. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers, such as PayPal, Alipay, Wish.com, and Amazon Pay, are hereby released to Bose as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Wish.com, and Amazon Pay, are

ordered to release to Bose the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

6. Until Bose has recovered full payment of monies owed to it by any Defaulting Defendant, Bose shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, Alipay, Wish.com, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, Alipay, Wish.com, and Amazon Pay, shall within two (2) business days:

   a. locate all accounts and funds connected to Defaulting Defendants or the Defendant Internet Stores, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Michelle Brownlee, and any e-mail addresses provided for Defaulting Defendants by third parties;

   b. restrain and enjoin such accounts or funds that are not U.S.-based from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. release all monies restrained in Defaulting Defendants' financial accounts to Bose as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

7. In the event that Bose identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Bose may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 3 to the Declaration of Michelle Brownlee and any e-mail addresses provided for Defaulting Defendants by third parties.

8. The ten thousand dollar ($10,000) cash bond posted by Bose, including any interest minus the registry fee, is hereby released to Bose or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the cash bond previously deposited with the Clerk of the Court to Bose or its counsel by check made out to the Greer, Burns & Crain IOLTA account.

This is a Final Judgment.

DATED: October 9th, 2019

_____
John J. Tharp, Jr.
United States District Judge

**Bose Corporation v. amilineinc, et al. - Case No. 19-cv-5347**

# Schedule A

| No. | Defendant Name / Alias |
|---|---|
| 1 | amilineinc |
| 3 | ee-remote |
| 5 | DISMISSED |
| 7 | yoyosolds |
| 9 | DISMISSED |
| 11 | DISMISSED |
| 13 | Sanxin Internatioanl |

| No. | Defendant Name / Alias |
|---|---|
| 2 | a-zhenpengde |
| 4 | ehkseller |
| 6 | yipai-ecommerce |
| 8 | yus1509 |
| 10 | Chenxi Global E-Commerce |
| 12 | Family Story |
| 14 | ywcompeteyouth18 |

| No. | Defendant Marketplace URL |
|---|---|
| 1 | ebay.com/usr/amilineinc |
| 3 | ebay.com/usr/ee-remote |
| 5 | DISMISSED |
| 7 | ebay.com/usr/yoyosolds |
| 9 | DISMISSED |
| 11 | DISMISSED |
| 13 | wish.com/merchant/55f7932fb7d2435d16f4d175 |

| No. | Defendant Marketplace URL |
|---|---|
| 2 | ebay.com/usr/a-zhenpengde |
| 4 | ebay.com/usr/ehkseller |
| 6 | ebay.com/usr/yipai-ecommerce |
| 8 | ebay.com/usr/yus1509 |
| 10 | wish.com/merchant/540fc00b7f086e4e8a80cf02 |
| 12 | wish.com/merchant/565847b9437dbf12640d198a |
| 14 | wish.com/merchant/5993c6a29fbc5158d8821986 |